## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JASON L. BROWN,<br>    Plaintiff, | : : : | |
| v. | : : | CIVIL ACTION NO. 20-CV-5599 |
| OFFICER KENNETH FELKER,<br>    Defendant. | : : : | |

### ORDER

AND NOW, this 10th day of December, 2020, upon consideration of Plaintiff Jason L. Brown's "Motion for Relief Pursuant Fed. R. Civ. P. 60(a) & Response to Show Cause Order," (ECF No. 7), it is **ORDERED** that:

1. The Motion is **DENIED**.

2. Brown is **ENJOINED** from filing lawsuits challenging his 2003 robbery conviction from Delaware County and the proceedings in his related criminal case, *see Commonwealth v. Brown*, CP-23-CR-0000151-2003 (C.P. Del.), unless he pays all applicable fees to the Clerk of Court at the time he submits his new lawsuit. In other words, Brown may not proceed *in forma pauperis* in any new case raising claims based on his 2003 robbery conviction and the proceedings in his related criminal case.

3. The Clerk of Court shall not docket any new case filed by Brown that raises any claims covered by this injunction. If Brown submits any new cases to this Court that are covered by this injunction without full payment of the fees, the Clerk of Court is directed to return those papers to Brown along with a copy of this Order. If Brown submits a new Complaint that is only partially covered by this injunction without full payment of the fees, the Clerk of Court shall return the filing to Brown without docketing it. In such a case, Brown may resubmit the filing

for docketing without prepayment of the fees so long as it only raises claims that are not covered by this injunction.

**BY THE COURT:**

/s/Petrese B. Tucker

**PETRESE B. TUCKER, J.**